JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| TOBY JONES, | ) | NO. CV 18-06305-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 13, 2018.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE